RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2006 JUL -7 PM 4:33



FILED
JUL - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | ) | |
|---|---|---|
| International Manufacturing & Engineering Services Company, Ltd. | ) ) ) | |
| vs        Plaintiff | ) ) ) | Civ.  CASE NUMBER   1:06CV01230 |
| Semiconductor Energy Laboratory Company, Ltd. | ) ) ) | JUDGE:  John D. Bates |
| | ) | DECK TYPE:  General Civil |
| Defendant | ) | DATE STAMP:  07/7/2006 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

476233
BAR IDENTIFICATION NO.

Daniel J. Healy, Anderson Kill & Olick, LLP
Print Name

2100 M Street, NW, Suite 650
Address

Washington, DC  20037
City       State       Zip Code

202-218-0040
Phone Number

3