**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.,** <br><br> **Defendant.** | Case No. 1:06-CV-01230 JDB |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Semiconductor Energy Laboratory Company, Ltd., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Semiconductor Energy Laboratory Company, Ltd. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal and in furtherance of the Certificate Under Fed. R. Civ. P. 7.1 filed herewith.

Dated: October 13, 2006                    Respectfully submitted,

By: /s/ Michael J. McKeon
Michael J. McKeon (Bar No. 459780)
Brian T. Racilla (Bar No. 473395)
Joshua B. Pond (Bar No. 494722)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C.  20005
Tel:  (202) 783-5070
Fax:  (202) 783-2331

Counsel for Defendant Semiconductor Energy Laboratory Company, Ltd.

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on this 13th day of October, 2006, with a copy of **CERTIFICATE UNDER LCvR 7.1** via the Court's CM/ECF system per LCvR 5.4.

| | |
|---|---|
| **Daniel John Healy, Esq.** (**Bar No. 476233**) | Attorney for Plaintiff International |
| ANDERSON KILL & OLICK, LLP | Manufacturing and Engineering |
| 2100 M Street, NW | Services Company, Ltd. |
| Suite 650 | |
| Washington, DC 20037 | |
| Tel: (202) 218-0048 | |
| Fax: (202) 218-0055 | |
| Email: dhealy@andersonkill.com | |

    /s/ Michael J. McKeon
    Michael J. McKeon