**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.,** <br><br> **Defendant.** | Case No. 1:06-CV-01230 JDB |

**CERTIFICATE UNDER FED. R. CIV. P. 7.1**

I, the undersigned, counsel of record for Semiconductor Energy Laboratory Company, Ltd., certify that to the best of my knowledge and belief, Semiconductor Energy Laboratory Company, Ltd. has no parent corporation. Publicly held corporations that own 10% or more of Semiconductor Energy Laboratory Company, Ltd.'s stock are as follows: (1) TDK Corporation; (2) Sharp Corporation.

2

Dated: October 13, 2006                         Respectfully submitted,

By: /s/ Michael J. McKeon
Michael J. McKeon (Bar No. 459780)
Brian T. Racilla (Bar No. 473395)
Joshua B. Pond (Bar No. 494722)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Tel: (202) 783-5070
Fax: (202) 783-2331

Counsel for Defendant Semiconductor Energy
Laboratory Company, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on this 13th day of October, 2006, with a copy of **CERTIFICATE UNDER FED. R. CIV. P. 7.1** via the Court's CM/ECF system per LCvR 5.4.

| | |
|---|---|
| **Daniel John Healy, Esq.** (**Bar No. 476233**) | Attorney for Plaintiff International |
| ANDERSON KILL & OLICK, LLP | Manufacturing and Engineering |
| 2100 M Street, NW | Services Company, Ltd. |
| Suite 650 | |
| Washington, DC 20037 | |
| Tel: (202) 218-0048 | |
| Fax: (202) 218-0055 | |
| Email: dhealy@andersonkill.com | |

                                      /s/ Michael J. McKeon
                                      Michael J. McKeon