AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

International Manufacturing and
Engineering Services Company, Ltd.      )
        Plaintiff(s)                             )   **APPEARANCE**
                                                 )
                                                 )
        vs.                                      )   CASE NUMBER   1:06-CV-01230 JDB
Semiconductor Energy Laboratory          )
Company, Ltd.                            )
        Defendant(s)                             )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael J. McKeon__ as counsel in this
                                   (Attorney's Name)

case for: __Semiconductor Energy Laboratory Company, Ltd.__
                     (Name of party or parties)

October 13, 2006
Date

*/s/ Michael J. McKeon*
Signature

Michael J. McKeon
Print Name

Fish & Richardson P.C., 1425 K St. NW
Address

Washington, D.C.                     20005
City              State              Zip Code

(202) 783-5070
Phone Number

459780
BAR IDENTIFICATION