AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

International Manufacturing and  
Engineering Services Company, Ltd.    )  
          Plaintiff(s)    )    **APPEARANCE**  
                    )  
                    )  
          vs.    )    CASE NUMBER    1:06-CV-01230 JDB  
Semiconductor Energy Laboratory    )  
Company, Ltd.    )  
          Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Brian T. Racilla   as counsel in this  
                                 (Attorney's Name)

case for:   Semiconductor Energy Laboratory Company, Ltd.  
               (Name of party or parties)

October 13, 2006  
Date

_[Signature]_  
Signature

473395  
BAR IDENTIFICATION

Brian T. Racilla  
Print Name

Fish & Richardson P.C., 1425 K St. NW  
Address

Washington, D.C.    20005  
City    State    Zip Code

(202) 783-5070  
Phone Number