AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

International Manufacturing and  
Engineering Services Company, Ltd.  )  
        Plaintiff(s) ) **APPEARANCE**  
         )  
         )  
        vs. ) CASE NUMBER   1:06-CV-01230 JDB  
Semiconductor Energy Laboratory )  
Company, Ltd. )  
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Joshua B. Pond**  as counsel in this
             (Attorney's Name)

case for: **Semiconductor Energy Laboratory Company, Ltd.**
        (Name of party or parties)

October 13, 2006  
Date  

/s/ Joshua B. Pond  
Signature  
Joshua B. Pond  
Print Name  

494722  
BAR IDENTIFICATION  

Fish & Richardson P.C., 1425 K St. NW  
Address  

Washington, D.C.     20005  
City      State      Zip Code  

(202) 783-5070  
Phone Number