UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>Defendant. | CASE NO.: 1:06-CV-01230(JDB) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, International Manufacturing and Engineering Services Co., Ltd., with the consent of the Defendant, Semiconductor Energy Laboratory Co., Ltd., respectfully requests an extension of time to oppose the defendant's motion to dismiss from October 27, 2006 until November 13, 2006 and submits herewith the attached Order granting the stipulated extension of time.

Dated: October 25, 2006

Respectfully submitted,

**ON BEHALF OF PLAINTIFF**

By: /s/ Daniel J. Healy
Daniel J. Healy, Esq. (Bar No. 476233)
ANDERSON KILL & OLICK, LLP
2100 M Street, NW
Suite 650
Washington, DC 20037
Tel: (202) 218-0040
Fax: (202) 218-0055

Of Counsel:
David A. Einhorn, Esq.
Eugene Lieberstein, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733

NYDOCS1-839882.1

## CERTIFICATE OF SERVICE

I certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF. Service was accomplished on any of the following counsel not registered through the CM/ECF system via regular U.S. mail on the 25th day of October, 2006.

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005

Counsel for Defendant Semiconductor
       Energy Laboratory Co., Ltd.


                By:  /s/ Daniel J. Healy
                       Daniel J. Healy, Esq. (Bar No. 476233)