## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

INTERNATIONAL MANUFACTURING
AND ENGINEERING SERVICES
COMPANY, LTD.

                    Plaintiff,

          v.

SEMICONDUCTOR ENERGY
LABORATORY COMPANY, LTD,

                    Defendant.

**CASE NO.:**  1:06-CV-01230(JDB)

### ORDER GRANTING CONSENTED TO EXTENSION OF TIME

Whereas currently plaintiff is required to file its opposition to the motion to dismiss on October 27, 2006; and

Whereas the parties have stipulated and agreed that good cause exists for extension of that deadline;

**IT IS HEREBY ORDERED** by the Court that the deadline for plaintiff to file its opposition to the motion to dismiss shall be extended from October 27, 2006 to November 13, 2006.

Dated: _____, 2006


_____
Judge John D. Bates
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on October 25, 2006, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to

the following counsel of record in this matter who are registered on the CM/ECF.

Service was accomplished on any of the following counsel not registered through the

CM/ECF system via regular U.S. mail on the 25th day of October, 2006.

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005

Counsel for Defendant Semiconductor
       Energy Laboratory Co., Ltd.

By: _/s/ Daniel J. Healy_____
     Daniel J. Healy, Esq. (Bar No. 476233)