UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>　　　　　　　　　　Defendant. | CASE NO.: 1:06-CV-1230 (JDB) |

**PLAINTIFF'S MOTION FOR STAY AND FOR EXTENSION
OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiff, International Manufacturing and Engineering Services Co., Ltd., ("IMES") hereby respectfully moves this Court, based on the accompanying memorandum of law in support of this motion and Declaration of David A. Einhorn, Esq. and the exhibits thereto, for an order staying further proceedings in the instant matter pending issuance of a Notice of Allowance by the United States Patent and Trademark Office for the Defendant Semiconductor Energy Laboratory Company Ltd.'s ("SEL") patent at issue in this case and, alternatively, extending the time in which IMES may timely respond to SEL's motion to dismiss IMES' complaint until 30 days after the Court

determines IMES' motion to stay.  This motion is opposed.

Dated:  October 31, 2006

Respectfully submitted,

**ON BEHALF OF PLAINTIFF**

By:  /s/ Daniel J. Healy
Daniel J. Healy, Esq. (Bar No. 476233)
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC  20037
Tel: (202) 218-0040
Fax: (202) 218-0055

Of Counsel:
David A. Einhorn, Esq.
Eugene Lieberstein, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York  10020
Tel:  (212) 278-1000
Fax:  (212) 278-1733

## CERTIFICATE OF SERVICE

I certify that on October 31, 2006, I electronically filed the Plaintiff's Motion for Stay and for an Extension of Time to Oppose Defendant's Motion to Dismiss, together with a supporting memorandum of law, Declaration of David A. Einhorn, Esq. and Proposed Order, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005

Counsel for Defendant Semiconductor Energy Laboratory Co., Ltd.

By:   /s/ Daniel J. Healy
       Daniel J. Healy, Esq. (Bar No. 476233)