UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>　　　　　　　　　　Defendant. | CASE NO.: 1:06-CV-1230 (JDB) |

DECLARATION OF DAVID A. EINHORN
IN SUPPORT OF PLAINTIFF'S MOTION FOR STAY AND FOR
EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS

I, David A. Einhorn, declare as follows:

1. I am a member of the law firm Anderson Kill & Olick, P.C., counsel to the Plaintiff, International Manufacturing and Engineering Services Company Ltd. ("IMES") and, as such, am fully familiar with the facts of this case. I am an attorney licensed to practice in the State of New York and my admission to this Court is pending.

2. Attached hereto as Exhibit 1 is a true and correct copy of Patent Application Serial No. 10/309,843 filed by the defendant Semiconductor Energy Laboratory Company Ltd. ("SEL") on December 4, 2002 with the United States Patent and Trademark Office and published as Pub. No. US 2003/0127967 A1 on July 10, 2003.

2

3.     Attached hereto as Exhibit 2 is a true and correct copy of Patent Application Serial No. 10/393,952 filed by IMES on March 21, 2003 with the United States Patent and Trademark Office and published as Pub. No. US 2003/0189401 A1 on October 9, 2003.

4.     Attached hereto as Exhibit 3 is a true and correct copy of an email dated June 21, 2006 sent on my behalf to then counsel for SEL, Mark J. Murphy Esq. of the law firm Alex Cook, attaching a proposed tolling agreement to be entered into between IMES and SEL.

Dated: October 31, 2006

David A. Einhorn

## STATEMENT PURSUANT TO LCvR 7(m)

Pursuant to Local Civil Rule 7(m), counsel for Plaintiff have attempted to resolve this dispute without resort to motion practice and have met and conferred in good faith with counsel for Defendant regarding the issues in the foregoing motion for a stay. This motion is opposed.

_____
David A. Einhorn