UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL MANUFACTURING
AND ENGINEERING SERVICES
COMPANY, LTD.

          Plaintiff,

v.

SEMICONDUCTOR ENERGY
LABORATORY COMPANY, LTD,

          Defendant.

CASE NO.: 1:06-CV-01230(JDB)

## ORDER

**IT IS HEREBY ORDERED** by the Court this ___ day of _____, 2006 that:

Plaintiff International Manufacturing and Engineering Services Company Ltd.'s Motion for a Stay is granted and proceedings in this case are suspended until thirty days after the United States Patent and Trademark Office issues a Notice of Allowance with regard to the Defendant Semiconductor Energy Laboratory Company, Ltd.'s patent application Serial No. 10/309,843 that was published as Pub. No. US 2003/0127967 A1 on July 10, 2003, or alternatively, until thirty days after the date of abandonment thereof.

                                                              _____
                                                              Judge John D. Bates
                                                              United States District Judge