UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L MFG. & ENG'G SERVS. CO.,<br><br>    Plaintiff,<br><br>        v.<br><br>SEMICONDUCTOR ENERGY LAB. CO.,<br><br>    Defendant. | Civil Action No.  06-1230 (JDB) |

## SCHEDULING ORDER

Plaintiff International Manufacturing and Engineering Services Company, Ltd. ("IMES") has filed a motion for a stay and for an extension of time to oppose defendant Semiconductor Energy Laboratory Company Ltd.'s ("SEL") motion to dismiss.  IMES requests a stay pending a determination by the United States Patent and Trademark Office ("PTO") of SEL's pending patent application concerning organic light emitting diode technology.  Upon consideration of IMES's motion, and the entire record herein, it is this 1st day of November, 2006, hereby **ORDERED** as follows:

1.  SEL shall file an opposition to the motion for a stay by not later than November 13, 2006.

2.  IMES shall file any reply to SEL's opposition to the motion for a stay by not later than November 20, 2006.

3.  IMES shall file an opposition to SEL's motion to dismiss, if necessary, by not later than fourteen (14) days from the date on which the Court issues its decision on the

motion to stay.

4. SEL shall file any reply to IMES's opposition to the motion to dismiss by not later than five (5) days from the date on which the opposition is served.

The Court further expects the parties' filings regarding the motion to stay to include their assessments of the time needed for PTO to resolve SEL's pending patent application.

**SO ORDERED.**

          /s/ John D. Bates
          JOHN D. BATES
          United States District Judge