UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>                      Plaintiff,<br>v.<br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br>                      Defendant. | Case No.: 1:06-CV-01230(JDB) |

## MOTION FOR EXTENSION OF TIME

Upon the accompanying declaration of Daniel J. Healy, Esq., dated November 15, 2006, Plaintiff, International Manufacturing and Engineering Services Co., Ltd., hereby moves for an extension, to and including December 4, 2006, of the time in which it may timely submit a reply in further support of its motion to stay this action.

This two week extension is sought because, as stated in the accompanying declaration, IMES' lead counsel, David A. Einhorn, Esq., is unavailable for personal reasons, *i.e.*, he is attending his wife who is in the hospital to give birth and he plans to take a short leave immediately following the birth of his child.

The Defendant does not consent to the relief requested; defendant would not consent to the extension except on conditions unacceptable to Plaintiff.

Dated:  November 15, 2006           Respectfully submitted,

                                        By:  __/s/ Daniel J. Healy__
                                              Daniel J. Healy, Esq. (Bar No. 476233)
                                              ANDERSON KILL & OLICK, LLP
                                              2100 M Street, NW, Suite 650
                                              Washington, DC  20037
                                              Tel: (202) 218-0040
                                              Fax: (202) 218-0055

David A. Einhorn, Esq. (Bar No. CT0001)
Eugene Lieberstein, Esq. (Bar No. CT0002)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York  10020
Tel:  (212) 278-1000
Fax:  (212) 278-1733

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF:

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005
    Counsel for Defendant


By:   /s/ Daniel J. Healy_____
     Daniel J. Healy