UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>　　　　　　　Plaintiff,<br>v.<br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br>　　　　　　　Defendant. | Case No.: 1:06-CV-01230(JDB) |

### DECLARATION OF DANIEL J. HEALY, ESQ.

I, Daniel J. Healy, declare as follows:

1. I am an attorney at Anderson Kill & Olick, LLP and am admitted to the Bar of the District of Columbia and to practice before this Court.

2. I am a colleague of David A. Einhorn, Esq., lead attorney in this case for Plaintiff International Manufacturing and Engineering Services Company, Ltd.

3. As of the time of the execution of this declaration, Mr. Einhorn is attending his wife at the hospital in New York, New York, where she is giving birth and is in labor. Mr. Einhorn informed me of the above by cellular telephone from the hospital and told me that he plans to take a short leave immediately following the birth of his child.

4. I contacted Defendant's counsel today in good faith and sought Defendant's consent to the extension that the plaintiff is seeking. Defendant did not consent to the extension. Although the Court previously ordered that the Plaintiff would not be required to respond to the Defendant's prior motion to dismiss until Plaintiff's motion for a stay was determined, I was informed that Defendant would only consent to the requested two-week extension if the Plaintiff would agree to respond to Defendant's

2

motion to dismiss on the same date that Plaintiff filed its reply on its motion for a stay. This condition would effectively undo the Court's prior order and was unacceptable to Plaintiff.

Pursuant 28 U.S.C. § 1746, I declare under penalty of perjury that the facts contained in the foregoing are true and correct.

Executed on: November 15, 2006

_____
Daniel J. Healy, Esq.