## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

INTERNATIONAL MANUFACTURING
AND ENGINEERING SERVICES
COMPANY, LTD.

                    Plaintiff,

          v.

SEMICONDUCTOR ENERGY
LABORATORY COMPANY, LTD,

                    Defendant.

Case No.:  1:06-CV-01230(JDB)

## ORDER GRANTING EXTENSION OF TIME

**IT IS HEREBY ORDERED** that the time in which Plaintiff may timely file its reply on its motion to stay is hereby extended from November 20, 2006 to and including December 4, 2006.

Dated: _____, 2006

_____
Judge John D. Bates
United States District Judge