UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD., <br><br> **Plaintiff,** <br><br> v. <br><br> **SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.,** <br><br> **Defendant.** | Case No. 1:06-CV-01230 JDB |

**DEFENDANT SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.'S
RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant Semiconductor Energy Laboratory Co. Ltd. ("SEL") hereby responds to Plaintiff IMES' Motion for Extension of Time filed earlier this evening to correct erroneous statements contained therein. SEL *does not* oppose Plaintiff's motion for an additional extension of time to December 4, 2006, based on the personal reasons provided in IMES' motion. SEL did ask, in the interest of efficiency, that IMES also include a statement in its motion noting that SEL respectfully requests—given SEL's identification of several dispositive, threshold issues in both SEL's Motion to Dismiss [D.I. 5] and Opposition to IMES' Motion to Stay [D.I. 17]—that the Court require IMES to file its opposition to SEL's Motion to Dismiss at the same time the Court directs IMES to file its reply in support of its Motion to Stay. *See* Ex. A, Nov. 15, 2006 Email to Healy from Racilla. Plaintiff apparently did not agree to include SEL's statement, and SEL now files this response after receiving IMES' motion for extension of time.

Having just filed its opposition to IMES' motion to stay as pursuant to this Court's Scheduling Order, SEL was surprised to receive IMES' most recent request for an additional extension of time. However, based on the personal reasons given in IMES' motion and first revealed to SEL at that time, SEL in good faith agreed not to oppose the request. SEL was concerned, though, that the additional two-week extension sought by IMES would further delay any obligation that IMES may have to respond to the dispositive issues originally set forth in SEL's motion to dismiss that SEL believes must be addressed in the first instance. To mitigate such prejudice, and in view of the overlapping issues present in SEL's Motion to Dismiss and Opposition to IMES' Motion to Stay, SEL respectfully requests that this Court require IMES to respond to SEL's Motion to Dismiss [D.I. 5] at the same time the Court may direct IMES to respond to SEL's opposition to IMES' Motion to Stay (*i.e.*, December 4, 2006).

Dated: November 15, 2006

Respectfully submitted,

By: /s/ Brian T. Racilla
Michael J. McKeon (Bar No. 459780)
Brian T. Racilla (Bar No. 473395)
Joshua B. Pond (Bar No. 494722)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Tel: (202) 783-5070
Fax: (202) 783-2331

Counsel for Defendant Semiconductor Energy Laboratory Company, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on this 15th day of November, 2006, with a copy of **DEFENDANT SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.'S RESPONSE TO PLAINTIFF'S MOTION TO EXTENSION OF TIME** via the Court's CM/ECF system per LCvR 5.4.

| | |
|---|---|
| **Daniel John Healy, Esq.** (**Bar No. 476233**)<br>ANDERSON KILL & OLICK, LLP<br>2100 M Street, NW<br>Suite 650<br>Washington, DC 20037<br>Tel: (202) 218-0048<br>Fax: (202) 218-0055<br>Email: dhealy@andersonkill.com | Attorney for Plaintiff International Manufacturing and Engineering Services Company, Ltd. |

/s/ Brian T. Racilla
Brian T. Racilla

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.,**<br><br>**Defendant.** | Case No. 1:06-CV-01230 JDB |

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of Plaintiff's motion for extension of time, Defendant's response, and the entire record herein, it is this _____ day of November, 2006, hereby **ORDERED** as follows:

1. IMES shall file any reply to SEL's opposition to the motion for stay by not later than December 4, 2006.

2. IMES shall file any opposition to SEL's motion to dismiss by not later than December 4, 2006.

3. SEL shall file any reply to Plaintiff's opposition to the motion to dismiss not later than five (5) days from the date on which the opposition is served.

**SO ORDERED.**

                                                                        JOHN D. BATES
                                                                       United States District Judge