# EXHIBIT A

| | |
|---|---|
| From: | Brian Racilla |
| Sent: | Wednesday, November 15, 2006 3:03 PM |
| To: | dhealy@andersonkill.com |
| Cc: | Brian Racilla |
| Subject: | IMES v. SEL, 1:06cv01230 |

Dan,
Further to my voicemail and our conversation regarding IMES' request for an additional two-week extension of time to reply to our opposition to IMES motion to stay, here is the language that we want inserted into the motion.

SEL does not oppose IMES' motion for further extension of time based on the personal reasons provided above. In light of its identification of dispositive threshold issues in SEL's Motion to Dismiss [D.I. 5], SEL respectfully requests that the Court require IMES to file its opposition to SEL's Motion to Dismiss at the same time the Court directs IMES to file its reply in support of its Motion to Stay [D.I. 15].

We would not oppose IMES' request for a two-week extension provided IMES' motion included this language along with a brief explanation of why IMES is seeking the extension of time. If IMES will not agree to such a schedule, IMES can indicate its opposition in the motion. We would need to review and approve the final version of the unopposed motion before it is filed--thus, please email me the final draft for review. In the meantime, if you have any further questions, do not hesitate to contact me.

Brian

---

**Brian T. Racilla**
Fish & Richardson P.C.
1425 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-6428
Ofc: (202) 783-5070
Fax: (202) 783-2331