UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>　　　　　Defendant. | CASE NO.: 1:06-CV-01230(JDB) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff, International Manufacturing and Engineering Services Co., Ltd., with the consent of the Defendant, Semiconductor Energy Laboratory Co., Ltd., respectfully requests a two day extension of the time to file its opposition to the Defendant's motion to dismiss the complaint and to file its reply memorandum in support of the Plaintiff's motion to stay this action, extending the date for Plaintiff to file both its opposition to the Defendant's motion to dismiss the complaint and to file its reply brief in support of its motion to stay this action from December 13, 2006 until December 15, 2006, and submits herewith the attached proposed Order.


Dated:  December 12, 2006　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　 /s/ Daniel J. Healy
　　　　　　　　　　　　　　　　　　　Daniel J. Healy, Esq. (Bar No. 476233)
　　　　　　　　　　　　　　　　　　　ANDERSON KILL & OLICK, LLP
　　　　　　　　　　　　　　　　　　　2100 M Street, NW, Suite 650
　　　　　　　　　　　　　　　　　　　Washington, DC  20037
　　　　　　　　　　　　　　　　　　　Tel: (202) 218-0040
　　　　　　　　　　　　　　　　　　　Fax: (202) 218-0055

David A. Einhorn, Esq. (Bar No. CT0001)
John M. O'Connor, Esq. (Bar No. NY0071)
Eugene Lieberstein, Esq. (Bar No. CT0002)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York  10020
Tel:  (212) 278-1000
Fax:  (212) 278-1733
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF:

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005
    Counsel for Defendant


        By: __/s/ Daniel J. Healy_____
            Daniel J. Healy