UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL MANUFACTURING
AND ENGINEERING SERVICES
COMPANY, LTD.

          Plaintiff,

v.

SEMICONDUCTOR ENERGY
LABORATORY COMPANY, LTD,

          Defendant.

**CASE NO.:** 1:06-CV-01230(JDB)

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Whereas currently plaintiff is required to file both its opposition to the defendant's motion to dismiss the complaint and its reply memorandum in support of its motion to stay this case on December 13, 2006; and

Whereas the parties have stipulated and agreed that good cause exists for extension of that deadline;

**IT IS HEREBY ORDERED** by the Court that the deadline for plaintiff to file both its opposition to the defendant's motion to dismiss the complaint and its reply memorandum in support of its motion to stay this case shall be extended from December 13, 2006 to December 15, 2006.

Dated: _____, 2006

 

_____
Judge John D. Bates
United States District Judge