UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>                  Plaintiff,<br><br>   v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>                  Defendant. | **CASE NO.:** 1:06-CV-01230(JDB) |

### ORDER

**IT IS HEREBY ORDERED** by the Court this ___ day of _____, 2006 that:

Defendant Semiconductor Energy Laboratory Company, Ltd.'s Motion to Dismiss Plaintiff's Complaint is denied in its entirety.

 

_____
Judge John D. Bates
United States District Judge