# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

INTERNATIONAL MANUFACTURING
AND ENGINEERING SERVICES
COMPANY, LTD.

              Plaintiff,

       v.

SEMICONDUCTOR ENERGY
LABORATORY COMPANY, LTD,

              Defendant.

**CASE NO.: 1:06-CV-1230 (JDB)**

## DECLARATION OF DAVID A. EINHORN
## IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR STAY AND FOR
## EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS

I, David A. Einhorn, declare as follows:

1.     I am a member of the law firm Anderson Kill & Olick, P.C., counsel to the Plaintiff, International Manufacturing and Engineering Services Company Ltd. ("IMES") and, as such, am fully familiar with the facts of this case. I am an attorney licensed to practice in the District of Columbia.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the docket sheet concerning Patent Application Serial No. 10/309,843 filed by the defendant Semiconductor Energy Laboratory Company Ltd. ("SEL") with the United States Patent and Trademark Office ("USPTO") and published as Pub. No. US 2003/0127967 A1, as available from the website of the USPTO.

3.     On or about June 21, 2006, prior to instituting this lawsuit, IMES had proposed to the then counsel for SEL, Mark J. Murphy, Esq. of the law firm Alex

Cook, that the parties enter into a tolling agreement.  We had also enclosed a draft

tolling agreement for SEL's consideration.  However, SEL rejected this offer.

Dated: December 15, 2006

_____

David A. Einhorn

## STATEMENT PURSUANT TO LCvR 7(m)

Pursuant to Local Civil Rule 7(m), counsel for Plaintiff have attempted to resolve this dispute without resort to motion practice and have met and conferred in good faith with counsel for Defendant regarding the issues in the foregoing motion for a stay.  This motion is opposed.

David A. Einhorn