# EXHIBIT 1

Page 1 of 5
Case 1:06-cv-01230-JDB    Document 23-3    Filed 12/15/2006    Page 2 of 6

Search results as of: 12-15-2006::22:15:57 E.T.

This application is officially maintained in electronic form. To View: Click the desired Document Description. To Download and Print: Check the desired document(s) and click StartDownload.

| Mail Room Date | Document Description | Page Count |
|---|---|---|
| 12-14-2006 | Miscellaneous Incoming Letter | 3 |
| 12-14-2006 | 1.501 Submission by Patent Owner | 1 |
| 12-14-2006 | Foreign Reference | 49 |
| 12-14-2006 | Fee Worksheet (PTO-875) | 2 |
| 12-14-2006 | Status Letter Mailed to Applicant | 2 |
| 08-01-2006 | Non-Final Rejection | 11 |
| 08-01-2006 | List of References cited by applicant and considered by examiner | 5 |
| 08-01-2006 | List of references cited by examiner | 1 |
| 08-01-2006 | NPL Documents | 2 |
| 08-01-2006 | Index of Claims | 1 |
| 08-01-2006 | Search information including classification, databases and other search related notes | 1 |
| 07-14-2006 | Examiner's search strategy and results | 12 |
| 05-15-2006 | Foreign Reference | 6 |
| 05-15-2006 | Foreign Reference | 24 |
| 05-15-2006 | Foreign Reference | 18 |
| 05-15-2006 | Foreign Reference | 66 |
| 05-15-2006 | Foreign Reference | 32 |
| 05-15-2006 | Foreign Reference | 10 |
| 05-15-2006 | Foreign Reference | 14 |
| 05-15-2006 | Foreign Reference | 16 |
| 05-15-2006 | Information Disclosure Statement (IDS) Filed | 6 |
| 05-15-2006 | NPL Documents | 4 |
| 04-17-2006 | Fee Worksheet (PTO-875) | 2 |
| 04-17-2006 | Claims Worksheet (PTO-2022) | 2 |
| 04-07-2006 | Certified Copy of Foreign Priority Application | 49 |
| 03-29-2006 | Amendment - After Non-Final Rejection | 1 |
| 03-29-2006 | Claims | 23 |
| 03-29-2006 | Applicant Arguments/Remarks Made in an Amendment | 29 |
| 03-29-2006 | Information Disclosure Statement (IDS) Filed | 4 |
| 03-29-2006 | NPL Documents | 5 |

| Date | Description | Count |
|---|---|---|
| 03-29-2006 | NPL Documents | 13 |
| 01-23-2006 | Information Disclosure Statement (IDS) Filed | 3 |
| 12-28-2005 | Non-Final Rejection | 11 |
| 12-28-2005 | List of References cited by applicant and considered by examiner | 8 |
| 12-28-2005 | List of references cited by examiner | 1 |
| 12-28-2005 | Search information including classification, databases and other search related notes | 1 |
| 12-28-2005 | Index of Claims | 1 |
| 12-20-2005 | Examiner's search strategy and results | 17 |
| 11-18-2005 | Information Disclosure Statement (IDS) Filed | 4 |
| 11-18-2005 | Foreign Reference | 36 |
| 11-18-2005 | NPL Documents | 27 |
| 11-18-2005 | NPL Documents | 1 |
| 11-18-2005 | NPL Documents | 1 |
| 11-18-2005 | NPL Documents | 15 |
| 10-04-2005 | Information Disclosure Statement (IDS) Filed | 4 |
| 10-04-2005 | NPL Documents | 2 |
| 10-04-2005 | NPL Documents | 16 |
| 10-04-2005 | NPL Documents | 40 |
| 08-25-2005 | Foreign Reference | 10 |
| 08-25-2005 | Foreign Reference | 12 |
| 08-25-2005 | Foreign Reference | 18 |
| 08-25-2005 | Foreign Reference | 126 |
| 08-25-2005 | Information Disclosure Statement (IDS) Filed | 3 |
| 07-11-2005 | Foreign Reference | 26 |
| 07-11-2005 | Foreign Reference | 36 |
| 07-11-2005 | Information Disclosure Statement (IDS) Filed | 4 |
| 05-02-2005 | Request for Continued Examination (RCE) | 1 |
| 05-02-2005 | Information Disclosure Statement (IDS) Filed | 5 |
| 05-02-2005 | Foreign Reference | 23 |
| 05-02-2005 | Foreign Reference | 11 |
| 05-02-2005 | Foreign Reference | 26 |
| 05-02-2005 | Foreign Reference | 58 |
| 05-02-2005 | NPL Documents | 3 |
| 05-02-2005 | NPL Documents | 3 |

| Date | Document | Count |
|---|---|---|
| 05-02-2005 | NPL Documents | 7 |
| 05-02-2005 | NPL Documents | 3 |
| 05-02-2005 | NPL Documents | 3 |
| 05-02-2005 | NPL Documents | 13 |
| 04-04-2005 | Miscellaneous Incoming Letter | 3 |
| 04-04-2005 | Information Disclosure Statement (IDS) Filed | 4 |
| 03-14-2005 | Information Disclosure Statement (IDS) Filed | 4 |
| 03-14-2005 | Foreign Reference | 7 |
| 03-14-2005 | NPL Documents | 8 |
| 03-14-2005 | Foreign Reference | 38 |
| 03-14-2005 | Foreign Reference | 50 |
| 03-14-2005 | Notice of Allowance and Fees Due (PTOL-85) | 3 |
| 03-14-2005 | Notice of Allowance and Fees Due (PTOL-85) | 1 |
| 03-14-2005 | List of References cited by applicant and considered by examiner | 2 |
| 03-14-2005 | Issue Information including classification, examiner, name, claim, renumbering, etc. | 1 |
| 03-14-2005 | Search information including classification, databases and other search related notes | 1 |
| 03-14-2005 | Index of Claims | 1 |
| 03-14-2005 | Bibliographic Data Sheet | 1 |
| 03-02-2005 | Examiner's search strategy and results | 1 |
| 02-03-2005 | Information Disclosure Statement (IDS) Filed | 6 |
| 02-03-2005 | NPL Documents | 18 |
| 02-03-2005 | NPL Documents | 18 |
| 02-03-2005 | NPL Documents | 16 |
| 02-03-2005 | NPL Documents | 2 |
| 02-03-2005 | NPL Documents | 2 |
| 02-03-2005 | NPL Documents | 2 |
| 01-03-2005 | Request for Continued Examination (RCE) | 1 |
| 01-03-2005 | Information Disclosure Statement (IDS) Filed | 3 |
| 01-03-2005 | Foreign Reference | 13 |
| 11-04-2004 | Notice of Allowance and Fees Due (PTOL-85) | 2 |
| 10-05-2004 | Notice of Allowance and Fees Due (PTOL-85) | 4 |
| 10-05-2004 | Notice of Allowance and Fees Due (PTOL-85) | 1 |
| 10-05-2004 | List of References cited by applicant and considered by examiner | 4 |

| Date | Description | Count |
|---|---|---|
| 10-05-2004 | Issue Information including classification, examiner, name, claim, renumbering, etc. | 1 |
| 10-05-2004 | Index of Claims | 1 |
| 10-05-2004 | Bibliographic Data Sheet | 1 |
| 10-05-2004 | Search information including classification, databases and other search related notes | 1 |
| 09-30-2004 | Examiner's search strategy and results | 1 |
| 09-28-2004 | Amendment - After Non-Final Rejection | 1 |
| 09-28-2004 | Specification | 1 |
| 09-28-2004 | Claims | 13 |
| 09-28-2004 | Applicant Arguments/Remarks Made in an Amendment | 4 |
| 09-28-2004 | Fee Worksheet (PTO-875) | 1 |
| 09-28-2004 | Index of Claims | 1 |
| 09-17-2004 | Amendment - After Non-Final Rejection | 1 |
| 09-17-2004 | Claims | 14 |
| 09-17-2004 | Applicant Arguments/Remarks Made in an Amendment | 2 |
| 09-17-2004 | Information Disclosure Statement (IDS) Filed | 3 |
| 09-17-2004 | Foreign Reference | 13 |
| 09-17-2004 | Extension of Time | 1 |
| 05-14-2004 | Foreign Reference | 14 |
| 05-14-2004 | Foreign Reference | 10 |
| 05-14-2004 | Foreign Reference | 14 |
| 05-14-2004 | Foreign Reference | 12 |
| 05-14-2004 | Foreign Reference | 14 |
| 05-14-2004 | Foreign Reference | 10 |
| 05-14-2004 | Information Disclosure Statement (IDS) Filed | 4 |
| 05-14-2004 | NPL Documents | 2 |
| 05-14-2004 | NPL Documents | 1 |
| 05-14-2004 | Non-Final Rejection | 12 |
| 05-14-2004 | List of References cited by applicant and considered by examiner | 1 |
| 05-14-2004 | List of references cited by examiner | 1 |
| 05-14-2004 | NPL Documents | 7 |
| 05-14-2004 | Index of Claims | 1 |
| 05-14-2004 | Search information including classification, databases and other search related notes | 1 |

| Date | Description | Count |
|---|---|---|
| 05-10-2004 | Examiner's search strategy and results | 1 |
| 03-29-2004 | Information Disclosure Statement (IDS) Filed | 3 |
| 03-29-2004 | Foreign Reference | 14 |
| 03-29-2004 | NPL Documents | 34 |
| 07-14-2003 | Information Disclosure Statement (IDS) Filed | 3 |
| 07-14-2003 | NPL Documents | 11 |
| 03-17-2003 | Applicant Response to Pre-Exam Formalities Notice | 3 |
| 03-17-2003 | Oath or Declaration filed | 5 |
| 01-13-2003 | Pre-Exam Formalities Notice | 1 |
| 12-04-2002 | Fee Worksheet (PTO-875) | 1 |
| 12-04-2002 | Fee Worksheet (PTO-875) | 1 |
| 12-04-2002 | Fee Worksheet (PTO-875) | 1 |
| 12-04-2002 | Claims Worksheet (PTO-2022) | 1 |
| 12-04-2002 | Certified Copy of Foreign Priority Application | 51 |
| 12-04-2002 | Information Disclosure Statement (IDS) Filed | 3 |
| 12-04-2002 | NPL Documents | 3 |
| 12-04-2002 | NPL Documents | 3 |
| 12-04-2002 | NPL Documents | 3 |
| 12-04-2002 | NPL Documents | 4 |
| 12-04-2002 | NPL Documents | 9 |
| 12-04-2002 | NPL Documents | 3 |
| 12-04-2002 | NPL Documents | 16 |
| 12-04-2002 | Transmittal of New Application | 3 |
| 12-04-2002 | Authorization for Extension of Time all replies | 3 |
| 12-04-2002 | Specification | 37 |
| 12-04-2002 | Claims | 11 |
| 12-04-2002 | Abstract | 1 |
| 12-04-2002 | Drawings | 9 |
| 12-04-2002 | Power of Attorney | 1 |

Close Window