AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

INTERNATIONAL MANUFACTURING AND
ENGINEERING SERVICES COMPANY, LTD.   )
                                     )
         Plaintiff(s)                )   **APPEARANCE**
                                     )
                                     )
              vs.                    )   CASE NUMBER   1:06-CV-01230(JDB)
SEMICONDUCTOR ENERGY                 )
LABORATORY COMPANY, LTD,             )
         Defendant(s)                )


To the Clerk of this court and all parties of record:

Please enter the appearance of   JOHN M. O'CONNOR   as counsel in this
                                 (Attorney's Name)

case for:   INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.
            (Name of party or parties)


December 15, 2006                          _[signature]_
Date                                       Signature

                                           JOHN M. O'CONNOR
NY0071                                     Print Name
BAR IDENTIFICATION
                                           1251 AVENUE OF THE AMERICAS, 42ND FL
                                           Address

                                           NEW YORK, NEW YORK 10020
                                           City        State        Zip Code

                                           212-278-1014
                                           Phone Number