AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

International Manufacturing and
Engineering Services Company, Ltd. )
        Plaintiff(s) )  **APPEARANCE**
                              )
                vs. )  CASE NUMBER  1:06-CV-1230 (JDB)
Semiconductor Energy Laboratory )
Company, Ltd. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David A. Einhorn  as counsel in this
                                 (Attorney's Name)

case for: Plaintiff International Manufacturing and Engineering Services Company, Ltd.
                    (Name of party or parties)

Nov 16, 2006
Date

*[signature]*
Signature

CT0001
BAR IDENTIFICATION

David A. Einhorn
Print Name

Anderson Kill & Olick, P.C., 1251 Ave. of the Americas
Address

New York, NY  10020
City    State    Zip Code

212-278-1359
Phone Number