UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.,**<br><br>**Defendant.** | Case No. 1:06-CV-01230 JDB |

**CONSENT MOTION FOR EXTENSION OF TIME**

In light of the previous extensions of time granted to Plaintiff International Manufacturing and Engineering Services Co., Ltd. ("IMES") and the upcoming holiday, Defendant Semiconductor Energy Laboratory Co., Ltd. ("SEL") respectfully requests a one week extension of time to file SEL's reply memorandum in support of its motion to dismiss this action from December 22, 2006, until December 29, 2006. IMES consents to the requested extension. SEL previously has not requested any extension of time and has attached hereto a proposed Order.

Dated: December 20, 2006

Respectfully submitted,

By: /s/ Brian T. Racilla
Michael J. McKeon (Bar No. 759780)
Brian T. Racilla (Bar No. 473395)
Joshua B. Pond (Bar No. 494722)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C.  20005
Tel:  (202) 783-5070
Fax:  (202) 783-2331

Counsel for Defendant Semiconductor Energy
 Laboratory Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on this 20th day of December, 2006, with a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** via the Court's CM/ECF system per LCvR 5.4.

| | |
|---|---|
| **Daniel John Healy, Esq.** (**Bar No. 476233**) | Attorneys for Plaintiff International |
| ANDERSON KILL & OLICK, LLP | Manufacturing and Engineering |
| 2100 M Street, N.W. | Services Company, Ltd. |
| Suite 650 | |
| Washington, D.C.  20037 | |
| Tel: (202) 218-0048 | |
| Fax: (202) 218-0055 | |

**David A. Einhorn, Esq.**
**John M. O'Connor, Esq.**
ANDERSON KILL & OLICK, LLP
1251 Avenue of the Americas
New York, New York  10020
Tel: (212) 278-1000
Fax: (212) 278-1733

/s/ Brian T. Racilla
Brian T. Racilla

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD.,**<br><br>            **Defendant.** | Case No. 1:06-CV-01230 JDB |

### [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

**IT IS HEREBY ORDERED** this _____ day of December, 2006 that:

The Consent Motion for Extension of Time filed by Defendant Semiconductor Energy Laboratory Co., Ltd. ("SEL") on December 20, 2006 is **GRANTED**. The deadline for Defendant SEL to file its Reply memorandum in support of its Motion to Dismiss shall be extended from December 22, 2006 to December 29, 2006.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE