UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>                 Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>                 Defendant. | **CASE NO.: 1:06-CV-1230 (JDB)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that, pursuant to Local Rule 83.6(b), Daniel J. Healy of Anderson Kill & Olick hereby withdraws his appearance as counsel for Plaintiff International Manufacturing and Engineering Services Company, Ltd. ("IMES"). David A. Einhorn, John M. O'Connor and Eugene Lieberstein of Anderson Kill & Olick will continue to represent IMES in this case. Please remove Mr. Healy from the service lists in the above captioned case.

_____
Daniel J. Healy

_____
Osamu Yokota
General Manager
EL Business Operations
International Manufacturing and
   Engineering Services Company, Ltd.

2

Dated: March 9, 2007

Respectfully submitted,

By: _____/s/ David A. Einhorn_____
David A. Einhorn, Esq. (Bar No. CT0001)
John M. O'Connor, Esq. (Bar No. NY0071)
Eugene Lieberstein, Esq. (Bar No. CT0002)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this case who are registered on the CM/ECF.

                                                */s/ David A. Einhorn*
                                                David A. Einhorn