UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L MFG. & ENG'G SERVS. CO.,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>SEMICONDUCTOR ENERGY LAB. CO.,<br><br>　　Defendant. | Civil Action No. 06-1230 (JDB) |

### ORDER

Upon consideration of defendant's motion to dismiss, plaintiff's motion for a stay, and the entire record herein, and for the reasons stated in the memorandum opinion issued concurrently with this order, it is this 16th day of July, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#5] is **GRANTED**; it is further

**ORDERED** that plaintiff's motion for a stay [#15] is **DENIED**; and it is further

**ORDERED** that the complaint is **DISMISSED** without prejudice.

　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge