UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>                    Plaintiff,<br>v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>                    Defendant. | CASE NO.: 1:06-CV-01230(JDB) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, International Manufacturing and Engineering Services Co., Ltd., with the consent of the Defendant, Semiconductor Energy Laboratory Co., Ltd., respectfully requests an extension of the time to file its opposition to the Defendant's motion for attorney's fees and costs from August 13, 2007 until September 13, 2007, and submits herewith the attached proposed Order.

Dated: August 8, 2007         Respectfully submitted,

                              By:   /s/ David A. Einhorn
                                    David A. Einhorn, Esq. (Bar No. CT0001)
                                    ANDERSON KILL & OLICK, P.C.
                                    1251 Avenue of the Americas
                                    New York, New York  10020
                                    Tel:  (212) 278-1000
                                    Fax:  (212) 278-1733
                                    Attorneys for Plaintiff

NYDOCS1-868981.1

## **CERTIFICATE OF SERVICE**

I certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF:

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005

    Counsel for Defendant

                  By:  /s/ David A. Einhorn
                         David A. Einhorn