UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br>　　　　　　　　　　Defendant. | CASE NO.: 1:06-CV-01230(JDB) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, International Manufacturing and Engineering Services Co., Ltd., with the consent of the Defendant, Semiconductor Energy Laboratory Co., Ltd., respectfully requests a further extension of the time to file its opposition to the Defendant's motion for attorney's fees and costs from September 13, 2007 until September 27, 2007, and submits herewith the attached proposed Order.[1]

Dated: September 10, 2007

Respectfully submitted,

By: /s/ David A. Einhorn
David A. Einhorn, Esq. (Bar No. CT0001)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Attorneys for Plaintiff

---

[1] This Court had previously extended the time to file the opposition from August 13, 2007 to September 13, 2007.

NYDOCS1-871914.1

## CERTIFICATE OF SERVICE

I certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF:

Michael J. McKeon, Esq.
Joshua B. Pond, Esq.
Brian T. Racilla, Esq.
Fish & Richardson, P.C.
1425 K Street, NW
Washington, D.C. 20005
    Counsel for Defendant

By:   /s/ David A. Einhorn
      David A. Einhorn