UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD.<br><br>                Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD,<br><br>                Defendant. | **CASE NO.:** 1:06-CV-01230(JDB) |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Whereas currently plaintiff is required to file its opposition to the Defendant's motion for attorney's fees and costs on or before September 13, 2007; and

Whereas the parties have stipulated and agreed that good cause exists for extension of that deadline;

**IT IS HEREBY ORDERED** by the Court that the deadline for Plaintiff to file its opposition to the Defendant's motion for attorney's fees and costs shall be extended from September 13, 2007 to September 27, 2007.

Dated: September __, 2007

 

_____
Judge John D. Bates
United States District Judge

NYDOCS1-871923.1