**TAB A**

Attorney's Docket No.: 0553-0342.01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Tetsuo Tsutsui et al.  
Serial No. : 11/061,500  
Filed : February 18, 2005  
Title : ORGANIC SEMICONDUCTOR ELEMENT  

Art Unit : 2826  
Examiner : Wilson, Scott R.

Commissioner for Patents  
P.O. Box 1450  
Alexandria, VA 22313-1450  

### INFORMATION DISCLOSURE STATEMENT AND NOTICE OF LITIGATION UNDER MPEP 2001.06(C)

In accordance with the provisions of MPEP 2001.06(c) and 37 C.F.R. §§ 1.56, 1.97 and 1.98, the Patent Office's attention has previously been directed to ongoing litigation between the assignee in the subject application, Semiconductor Energy Laboratory Co., Ltd. ("SEL") and International Manufacturing and Engineering Services Company, Ltd. ("IMES"). This litigation, Case No. 1:06-cv-01230-JDB, is ongoing before the United States District Court for the District of Columbia.

In a complaint filed July 7, 2006, IMES asserted that SEL and Tetsuo Tsutsui, an inventor of the present application, have engaged in improper activities relative to the subject matter of the present application. A copy of the complaint was previously submitted for consideration by the Examiner.

SEL filed a Motion to Dismiss the Complaint and IMES filed a Motion to Stay the litigation. Copies of the motions and associated memoranda and responses were previously submitted for consideration by the Examiner.

On July 16, 2007, the court issued an Order granting SEL's Motion to Dismiss the Complaint and denying the Motion to Stay by IMES. A copy of the Order and an associated Memorandum Opinion are enclosed and listed on the attached PTO Form 1449 for consideration by the Examiner.

On July 30, 2007, SEL filed a Motion for Attorneys' Fees and Costs. A copy of the motion and an associated memorandum are enclosed and listed on the attached PTO Form 1449 for consideration by the Examiner.

| | |
|---|---|
| Applicant : Tetsuo Tsutsui et al.<br>Serial No. : 11/061,500<br>Filed : February 18, 2005<br>Page : 2 of 2 | Attorney's Docket No.: 0553-0342.01 |

Applicant is also submitting additional references for the Examiner's consideration. These documents are also listed on the attached PTO form 1449.

It is respectfully requested that the Examiner carefully review this information and return an initialed copy of the attached PTO Form 1449 to the undersigned evidencing such consideration.

With regard to all the information in this information disclosure statement, applicant makes no representations herein regarding the materiality of the documents submitted herewith. Applicant is merely making these documents available to the Patent Office as a result of the contentions of the parties in the referenced litigation.

As an RCE is being submitted herewith, no fee is believed due for this IDS. However, if any such fee is required, please charge Deposit Account No. __50/1039__.

Respectfully submitted,

Date: _September 10, 2007_

Mark J. Murphy
Registration No: 34,225

Cook, Alex, McFarron, Manzo,
   Cummings & Mehler, Ltd.
200 West Adams Street
Suite 2850
Chicago, Illinois 60606

Customer No: 26568

Sheet 1 of 3

| Substitute Form PTO-1449 (Modified) | U.S. Department of Commerce Patent and Trademark Office | Attorney's Docket No. 0553-0342.01 | Application No. 11/061,500 |
|---|---|---|---|
| **Information Disclosure Statement by Applicant** (Use several sheets if necessary) (37 CFR §1.98(b)) | | Applicant Tetsuo Tsutsui et al. | |
| | | Filing Date February 18, 2005 | Group Art Unit 2826 |

| U.S. Patent Documents ||||||||
|---|---|---|---|---|---|---|---|
| Examiner Initial | Desig. ID | Document Number | Publication Date | Patentee | Class | Subclass | Filing Date If Appropriate |
| | AA | | | | | | |

| Foreign Patent Documents or Published Foreign Patent Applications ||||||||
|---|---|---|---|---|---|---|---|
| Examiner Initial | Desig. ID | Document Number | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes / No |
| | AB | | | | | | |

| Other Documents (include Author, Title, Date, and Place of Publication) |||
|---|---|---|
| Examiner Initial | Desig. ID | Document |
| | AC | ORDER granting Motion to Dismiss by Semiconductor Energy Laboratory Co. and denying Motion to Stay by International Manufacturing and Engineering Services Company, Ltd. (July 16, 2007) |
| | AD | MEMORANDUM OPINION accompanying Order (July 16, 2007) |
| | AE | Semiconductor Energy Laboratory Company, Ltd.'s Motion For Attorneys' Fees and Costs and Memorandum in Support Thereof (July 30, 2007) |
| | AF | |
| | AG | |
| | AH | |
| | AI | |
| | AJ | |
| | AK | |
| | AL | |

| Examiner Signature | Date Considered |
|---|---|
| | |

EXAMINER: Initials citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Substitute Disclosure Form (PTO-1449)

PTO/SB/08A (07-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | Serial No. 11/061,500 | |
| | | | Filing Date | February 18, 2005 | |
| | | | First Named Inventor | T. Tsutsui | |
| | | | Art Unit | 2826 | |
| | | | Examiner Name | S. WILSON | |
| Sheet | 2 | of | 3 | Attorney Docket Number | 0553-0342.01 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US-5294870 | 03-15-1994 | TANG.C et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ -Number⁴ -Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

PTO/SB/08A (07-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | Serial No. 11/061,500 |
| | | | | Filing Date | February 18, 2005 |
| | | | | First Named Inventor | T. Tsutsui |
| | | | | Art Unit | 2826 |
| | | | | Examiner Name | S. WILSON |
| Sheet | 3 | of | 3 | Attorney Docket Number | 0553-0342.01 |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | | XU.Y et al., "PHOTORESPONSIVITY OF POLYMER THIN-FILM TRANSISTORS BASED ON POLYPHENYLENEETHYNYLENE DERIVATIVE WITH IMPROVED HOLE INJECTION,", APPL. PHYS. LETT. ( APPLIED PHYSICS LETTERS ), Vol. 85, No. 18, November 1, 2004, pp. 4219-4221. | Eng. |
| | | Chen, C.H. et al., "Recent Development in Molecular Organic Electroluminescent Materials", Macromol. Symp. (MACROMOLECULAR SYMPOSIA), Vol. 125, 1997, pp. 1-48. | Eng. |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.