UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING AND ENGINEERING SERVICES COMPANY, LTD., <br><br> **Plaintiff,** <br><br> v. <br><br> SEMICONDUCTOR ENERGY LABORATORY COMPANY, LTD., <br><br> **Defendant.** | Case No. 1:06-CV-01230 JDB <br><br> **BILL OF COSTS** |

Pursuant to the Court's Memorandum and Order dated January 7, 2008 (D.I. # 40), Defendant Semiconductor Energy Laboratory Co., Ltd. ("SEL") hereby submits its bill of costs and respectfully requests the Clerk to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk……………………………………………………… $ | 0.00 |
| Fees for service of summons and subpoena……………………….. $ | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case……………………… $ | 0.00 |
| Fees and disbursements for printing……………………………….. $ | 18.48 |
| Fees for witnesses (itemized separately)………………………….. $ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case………………………………… $ | 564.16 |
| Docket fees under 28 U.S.C. § 1923……………………………….. $ | 25.00 |
| Costs as shown on Mandate of Court of Appeals………………….. $ | 0.00 |
| Compensation of court-appointed experts…………………………. $ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828…………………………… $ | 3,681.57 |
| Other costs (itemized separately)…………………………………...$ | 300.00 |
| **Total**  $ | 4,589.21 |

A separate itemization for each of the foregoing costs is attached hereto as Exhibit No. 1. Supporting documentation for the foregoing costs are attached as Exhibit Nos. 2-4 hereto.

## DECLARATION OF MR. RACILLA

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was filed electronically with the Court and served electronically to counsel of record who are deemed to have consented to electronic service via the Court's ECF system today.


Dated: January 22, 2008           /s/ Brian T. Racilla
                                  Brian T. Racilla

                                  Counsel for Defendant Semiconductor
                                  Energy Laboratory Company, Ltd.


## TAXATION OF COSTS

Costs are taxed in the amount of _____ and are included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk


By: _____          _____
       Deputy Clerk                         Date