

# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

ATTN: Mr. Kunitaka Yamamoto
Semiconductor Energy Laboratory Co., Ltd.
398 Hase Atsugi-Shi
Kanagawa-Ken 243-0036
JAPAN

| | |
|---|---|
| Invoice Date: | 10/26/2006 |
| Invoice Number: | 791431 |
| Client Number: | 12732 |

For professional services and disbursements rendered through October 10, 2006:

**Professional Services For This Matter**          $

**Total Disbursements For This Matter**          2,183.71

**BALANCE DUE THIS INVOICE**          $          **REDACTED**

**Remittance Information**

Federal ID No. 04-3254521

Telephone 617-542-5070
Fax  617-542-8906

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

Semiconductor (F) Energy Laboratory Co., Ltd.

| | |
|---|---|
| Invoice Date: | 10/26/2006 |
| Invoice Number: | 791431 |
| Client Number: | 12732 |

| Date | Initials | Description | Hours | Amount ($) |
|------|----------|-------------|-------|-----------|

**REDACTED**

**Disbursements**

| Description | Amount ($) |
|-------------|-----------|
| Photocopying - Social Law Library | 42.00 |

**REDACTED**

Fish & Richardson P.C.

Semiconductor (F) Energy Laboratory Co., Ltd.

Invoice Date:     10/26/2006
Invoice Number:      791431
Client Number:        12732

| Description | Amount ($) |
|---|---|
| **REDACTED** | |
| Total: | $ 2,183.71 |
| Professional Services For This Matter | $ |
| Total Disbursements For This Matter | 2,183.71 |
| Total Due On Matter 12732.0377LL1 | $ |

**REDACTED**

Fish & Richardson P.C.



# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

| | |
|---|---|
| ATTN: Mr. Kunitaka Yamamoto | Invoice Date:  12/20/2006 |
| Semiconductor Energy Laboratory Co., Ltd. | Invoice Number:  800551 |
| 398 Hase Atsugi-Shi | Client Number:  12732 |
| Kanagawa-Ken 243-0036 | |
| JAPAN | |

For professional services and disbursements rendered through November 30, 2006:

| | |
|---|---|
| **Professional Services For This Matter** | $ |
| **Total Disbursements For This Matter** | 4,563.01 |
| **BALANCE DUE THIS INVOICE** | $ |

### REDACTED

**Remittance Information**

**Federal ID No.** 04-3254521

Telephone 617-542-5070
Fax  617-542-8906

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

Semiconductor (F) Energy Laboratory Co., Ltd.

| | |
|---|---|
| Invoice Date: | 12/20/2006 |
| Invoice Number: | 800551 |
| Client Number: | 12732 |

| Date | Initials | Description | | Hours | Amount ($) |
|---|---|---|---|---|---|

## REDACTED

**Disbursements**

| Description | Amount ($) |
|---|---|
| Photocopying | 334.40 |
| Translation re; expenses airfare, meals, parking, interpreting and travel time for - Christopher Field Japanese | 2,489.07 |
| Translation -  Christopher Field Japanese | 1,192.50 |

## REDACTED

| | |
|---|---|
| **Total:** | **$ 4,563.01** |
| **Professional Services For This Matter** | $ |
| **Total Disbursements For This Matter** | 4,563.01 |
| **Total Due On Matter 12732.0377LL1** | $ |

## REDACTED

Fish & Richardson P.C.



# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

ATTN: Mr. Kunitaka Yamamoto
Semiconductor Energy Laboratory Co., Ltd.
398 Hase Atsugi-Shi
Kanagawa-Ken 243-0036
JAPAN

| | |
|---|---|
| Invoice Date: | 02/26/2007 |
| Invoice Number: | 810912 |
| Client Number: | 12732 |

For professional services and disbursements rendered through January 31, 2007:

| | |
|---|---|
| **Professional Services For This Matter** | $ |
| **Total Disbursements For This Matter** | 2,951.65 |
| **BALANCE DUE THIS INVOICE** | $     **REDACTED** |

**Remittance Information**

**Federal ID No. 04-3254521**

Telephone 617-542-5070
Fax  617-542-8906

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

Semiconductor (F) Energy Laboratory Co., Ltd.

| | |
|---|---|
| Invoice Date: | 02/26/2007 |
| Invoice Number: | 810912 |
| Client Number: | 12732 |

| Date | Initials | Description | Hours | Amount ($) |
|------|----------|-------------|-------|-----------|

**REDACTED**

**Disbursements**

| Description | Amount ($) |
|-------------|-----------|
| Photocopying | 159.60 |

**REDACTED**

| | |
|---|---|
| Photocopying case law binders - Pic Legal Document Solutions, LLC | 530.48 |

Fish & Richardson P.C.

Semiconductor (F) Energy Laboratory Co., Ltd.

| | |
|---|---|
| Invoice Date: | 02/26/2007 |
| Invoice Number: | 810912 |
| Client Number: | 12732 |

| Description | Amount ($) |
|---|---|

**REDACTED**

| | |
|---|---|
| Obtaining copy(s) of articles -  Social Law Library | 20.00 |

| | |
|---|---|
| **Total:** | **$ 2,951.65** |
| **Professional Services For This Matter** | $ |
| **Total Disbursements For This Matter** | 2,951.65 |
| **Total Due On Matter 12732.0377LL1** | **$** **REDACTED** |

Fish & Richardson P.C.