Christopher Field
108 Codman Rd
Lincoln, MA 01773
+1617-905-6060
cf@christopherfield.com

# Invoice

| Date | Invoice No. |
|------|-------------|
| 08/10/06 | 487 |

| **Bill To** |
|---|
| Fish and Richardson (DC)<br>1425 K Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005 |

| Terms | Ref. No. |
|-------|----------|
| Net 30 | |

| Item | Description | Rate | Qty | Amount |
|------|-------------|------|-----|--------|
| Expenses | Air fare R/T Bos-DCA-Bos  Jul 24, 2006 | 424.60 | | 424.60 |
| Expenses | Meal | 9.21 | | 9.21 |
| Expenses | Meal | 18.76 | | 18.76 |
| Parking | Parking | 24.00 | | 24.00 |
| Interpreting | Interpreting during meetings with client SEL 9:00 - 6:00 pm | 175.00 | 9 | 1,575.00 |
| Interpreting | Travel time: 2.5 hrs each way @ 87.5 | 87.50 | 5 | 437.50 |

| | Total | $2,489.07 |
|---|-------|-----------|

Christopher Field
108 Codman Rd
Lincoln, MA 01773
+1617-905-6060
cf@christopherfield.com

# Invoice

| Date | Invoice No. |
|------|-------------|
| 10/26/06 | 491 |

**Bill To**

Fish and Richardson (DC)
1425 K Street, N.W.
Suite 1100
Washington, D.C. 20005

| Terms | Ref. No. |
|-------|----------|
| Net 30 | |

| Item | Description | Rate | Qty | Amount |
|------|-------------|------|-----|--------|
| Interpreting | Telephone interpreting in conferences with President Yamazaki, et al of SEL (Japan) Aug. 16 (1.5 hrs), Aug 21 (1.67 hrs), Sep 6 (1.60 hrs) | 250.00 | 4.77 | 1,192.50 |
| | | | **Total** | **$1,192.50** |