PIC LEGAL DOCUMENT SOLUTIONS, LLC
1100 - 17TH STREET NW, SUITE B-2
WASHINGTON, DC 20036

# INVOICE

| Date | Invoice # |
|---|---|
| 12/18/2006 | 1206081 |

| Bill To | Ship To |
|---|---|
| Accounts Payable<br>FISH & RICHARDSON<br>1425 K Street, NW<br>11th Floor<br>WASHINGTON, DC 20005 | FISH & RICHARDSON<br>1425 K Street, NW<br>11th Floor<br>WASHINGTON, DC 20005 |

| Reference #1 | Due Date | Acct Mgr. | Reference #2 | Job # | Client Name |
|---|---|---|---|---|---|
| 12732-377LL1 | 12/18/2006 | MG | | Job 1206081 | Jerrice Thomas |

| Quantity | GL Item Code | Description | Price Per Unit | Amount |
|---|---|---|---|---|
| 3,272 | 40203 | Grade B Digital Printing<br>Printing with assembly | 0.12 | 392.64T |
| 244 | 40356 | Standard Tabs | 0.25 | 61.00T |
| 4 | 40353 | 3" Binders | 12.00 | 48.00T |

Your signature on this invoice is an agreement that the work described above has been authorized. The party agrees to process the payment within 10 days.

Please remit your payment to PIC Legal Document Solutions. 1100 17th Street, NW. Lower Level, Suite B-2. Washington, DC 20036.

| | |
|---|---|
| **Subtotal** | $501.64 |
| **Sales Tax (5.75%)** | $28.84 |
| **Total** | $530.48 |